GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JERRY C. YANG
California Bar Number: 241323
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2690
     Facsimile:  (213) 894-0141
     Email:      Jerry.Yang@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EISENLOHR, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CV No. 09-5771-JFW <br><br> <u>ORDER DENYING PLAINTIFF DAVID EISENLOHR'S MOTION FOR RETURN OF PROPERTY UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 41(g)</u> |

Having reviewed and considered the pleadings filed by the parties in this action and hearing oral argument on October 5, 2009, the Court hereby finds that in light of the government's filing of a civil forfeiture action in the Western District of Virginia, plaintiff David Eisenlohr now has an adequate remedy at law concerning the disputed properties that are the subject of his Motion For Return of Property Under Federal Rule of Criminal Procedure 41(g) ("Motion"). Accordingly, the Court no longer has

equitable jurisdiction over the action and the Motion is denied without prejudice.

SO ORDERED this 7th day of October, 2009.

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE